

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MRM:APW/KCM:mdc
F. #2020R00784

*610 Federal Plaza*
*Central Islip, New York 11722*

November 4, 2025

<u>By USAfx and ECF</u>

Glenn Obedin, Esq. *for Jonathan Vasquez*
Steven Zissou, Esq. *for Akeem Chambers*
Xavier Donaldson, Esq. *for Jerell Shaw*

   Re: <u>United States v. Akeem Chambers et al.</u>
      <u>Criminal Docket No. 23-157 (S-3) (JMA)</u>

Dear Counsel:

  Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is outlined below.

| | |
|---|---|
| 2022.05.01– MALL ALTERCATION - VIDEO FOOTAGE FILES (5 FILES) | 149796 - 149800 |

  You may examine the physical evidence mentioned in the documents above, and discoverable under Rule 16, including original documents and physical items recovered, by calling the undersigned Assistant United States Attorneys to arrange a mutually convenient time.

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                                  Very truly yours,

                                  JOSEPH NOCELLA, JR.
                                United States Attorney

By:   /s/ Andrew P. Wenzel
       Andrew P. Wenzel
       Michael R. Maffei
       Kaitlin C. McTague
       Assistant U.S. Attorneys
       (631) 715-7855/7890/7878

Enclosures
cc:    Clerk of the Court (JMA) (by ECF) (without enclosures)