MRM:APW/KCM
F. #2020R00784

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

AKEEM CHAMBERS,
     also known as "Luca,"
JERELL SHAW,
     also known as "Rells Fargo"
     and "Rells," and
JONATHAN VAZQUEZ,
     also known as "Chulo"
     and "Clutch,"

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 23-157 (S-3) (JMA)
(T. 18, U.S.C. §§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii), 924(c)(1)(A)(iii),
924(j)(1), 1201(a)(1), 1201(c), 1344,
1349, 1956(a)(1)(B)(i), 1951(a),
1959(a)(1), 1959(a)(3), 1959(a)(5),
1959(a)(6), 1962(c), 1962(d), 1963,
2315, 2 and 3551 et seq.)

THE GRAND JURY CHARGES:

<u>INTRODUCTION</u>

At all times relevant to this Superseding Indictment, unless otherwise indicated:

<u>The Enterprise</u>

1.     The Crips (hereinafter the "Crips" or the "Enterprise") was a Los Angeles based violent street gang with members located throughout Long Island, New York, Queens, New York, Brooklyn, New York and elsewhere. Members and associates of the Crips have engaged in acts of violence, including acts involving murder, robbery, assault and kidnapping as well as other criminal activity, including wire fraud, mail fraud, access device fraud and narcotics trafficking. Participation in criminal activity by a member or an associate, especially violence directed at rival gangs, increased the respect accorded to that member or associate and

could result in a promotion to a leadership position.  Members and associates of the Crips purchased, maintained and circulated a collection of firearms for use in criminal activity.  The Bloods were a rival street gang of the Crips with members located throughout Long Island.

2.      The Crips routinely held meetings to, among other things, plan criminal activity.  At meetings, members paid dues into a treasury.  The treasury funds were used to, among other things, purchase firearms and ammunition and assist members who had been arrested.  Members of the Crips sometimes signified their membership and allegiance to the gang by wearing the color blue, wearing beads, using the phrases "are you a navy seal" (which means "are you a Crip") and "what ship you sailing" (which means "what Crips set do you belong to"), using the greeting "what's craccin," displaying special hand signals and wearing tattoos such as an anchor.  The Insane Crip Gang, also known as the ICG (hereinafter the "ICG"), was a set of the Crips with a local chapter in Nassau County, New York.  Members of the ICG set of the Crips sometimes signified their membership and allegiance to the set by wearing the colors blue, black and grey, using special hand signals, wearing apparel and displaying tattoos with logos from the Oakland Raiders and Cleveland Indians, producing graffiti and wearing tattoos displaying, "III," "23" and "2300."  The numbers "23" and "2300" were references to a street and block where the ICG originated in Long Beach, California.  The Rollin 60s was a set of the Crips with a local chapters in Brooklyn, New York.  Members of the Rollin 60s set of the Crips sometimes signified their membership and allegiance to the set by wearing the color blue, using special hand signals, wearing apparel and displaying tattoos with logos from the Seattle Mariners, using the phrases "rich rollin" and "neighbor," and displaying emblems "60" and "RR," which is a reference to the Rolls Royce symbol.

3.    The Crips, including its leadership, membership and associates, constituted an "enterprise" as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact.  The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise.  The Enterprise was engaged in, and its activities affected, interstate and foreign commerce.

4.    The defendants AKEEM CHAMBERS, also known as "Luca," JERELL SHAW, also known as "Rells Fargo" and "Rells," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," were members of the Crips.

<u>Purposes of the Enterprise</u>

5.    The purposes of the Enterprise included the following:

(a)    promoting and enhancing the prestige, reputation and position of the Enterprise with respect to rival criminal organizations;

(b)    preserving and protecting the power, territory and criminal ventures of the Enterprise through the use of intimidation, threats of violence and acts of violence, including assault, kidnapping and murder;

(c)    keeping victims and rivals in fear of the Enterprise and its members and associates;

(d)    enriching the members and associates of the Enterprise through criminal activity, including robbery, kidnapping, wire fraud, mail fraud, access device fraud and narcotics trafficking; and

(e)    ensuring discipline within the Enterprise and compliance with the Enterprise's rules by members and associates through threats of violence and acts of violence.

3

Means and Methods of the Enterprise

6.    Among the means and methods by which members of the Crips and their associates conducted and participated in the conduct of the affairs of the enterprise were the following:

(a)    members of the Crips and their associates committed, attempted to commit, conspired to commit and threatened to commit acts of violence, including acts involving murder, robbery, kidnapping and assault, to enhance the Enterprise's prestige and protect and expand the Enterprise's criminal operations;

(b)    members of the Crips and their associates used and threatened to use physical violence against various individuals, including members of rival criminal organizations and Crips members who violated the Enterprise's rules; and

(c)    members of the Crips and their associates used, attempted to use and conspired to use robbery, kidnapping, wire fraud, mail fraud, access device fraud and narcotics trafficking as means of obtaining money.

COUNT ONE
(Racketeering)

7.    The allegations contained in paragraphs one through six are realleged and incorporated as if fully set forth in this paragraph.

8.    In or about and between January 2015 and the date of this Superseding Indictment, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," JERELL SHAW, also known as "Rells Fargo" and "Rells," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, each being a person employed by and associated with the

4

Crips, an enterprise that engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly and intentionally conduct and participate, directly and indirectly, in the conduct of the affairs of the Crips through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), which pattern of racketeering consisted of the racketeering acts set forth below.

## RACKETEERING ACT ONE
(Attempted Murder of Khalique Myers ("Kayko"))

9. On or about September 27, 2016, within the Eastern District of New York, the defendant JONATHAN VAZQUEZ, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Khalique Myers, also known as "Kayko," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

## RACKETEERING ACT TWO
(Murder of Joecephus Vanable ("Scooter"))

10. On or about November 19, 2016, within the Eastern District of New York, the defendant JONATHAN VAZQUEZ, together with others, did knowingly and intentionally cause the death of another person, to wit: Joecephus Vanable, also known as "Scooter," in violation of New York Penal Law Sections 125.25(1) and 20.00.

## RACKETEERING ACT THREE
(Attempted Murder of Rival Gang Member #1)

11. On or about July 12, 2020, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Rival Gang Member #1, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

## RACKETEERING ACT FOUR
(Murder of Thiasia Williams)

12.     On or about August 1, 2020, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, with intent to cause the death of another person, to wit: rival gang members, did knowingly and intentionally cause the death of Thiasia Williams, in violation of New York Penal Law Sections 125.25(1) and 20.00.

## RACKETEERING ACT FIVE
(Attempted Murder of Zyare Griffiths ("Bhris"))

13.     On or about October 8, 2020, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of Zyare Griffiths, also known as "Bhris," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

## RACKETEERING ACT SIX
(Attempted Murder of Rival Gang Member #2)

14.     On or about December 16, 2020, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Rival Gang Member #2, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

## RACKETEERING ACT SEVEN
(Attempted Murder of Duane Costa ("Weez"))

15.     On or about December 19, 2020, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Duane Costa, also known as "Weez," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT EIGHT
(Attempted Murder of Isaiah Edwards ("Zay"))

16.    On or about December 27, 2020, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Isaiah Edwards, also known as "Zay," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT NINE
(Attempted Murder of Christopher Jackson)

17.    On or about January 3, 2021, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Christopher Jackson, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT TEN
(Attempted Murder of Mikhi Watts ("Rocko"))

18.    On or about April 13, 2021, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Mikhi Watts, also known as "Rocko," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT ELEVEN
(Attempted Murder of Steven Rush, Dennis Foster and "Angelo")

19.    On or about May 19, 2021, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Steven Rush, Dennis Foster and an individual known as "Angelo," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT TWELVE
(Attempted Murder of Terrell Cherry ("Relly"))

20.    On or about May 19, 2021, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Terrell Cherry, also known as "Relly," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT THIRTEEN
(Attempted Murder of Rival Gang Member #3)

21.    On or about June 6, 2021, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Rival Gang Member #3, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT FOURTEEN
(Attempted Murder of Darius Pickett)

22.    On or about July 29, 2021, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Darius Pickett, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT FIFTEEN
(Robbery and Murder of James Diamond)

23.    The defendant AKEEM CHAMBERS, together with others, committed the following acts, either one of which alone constitutes Racketeering Act Fifteen:

A.    Robbery

24.    On or about September 10, 2021, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally

8

forcibly steal property from James Diamond, in violation of New York Penal Law Sections 160.05 and 20.00.

B.      Felony Murder

25.      On or about September 10, 2021, within the Eastern District of New York, the defendant AKEEM CHAMBERS, together with others, did knowingly and intentionally commit the robbery of James Diamond, and, in the course of and in furtherance of such crime and of immediate flight therefrom, CHAMBERS and others caused the death of a person other than one of the participants, to wit: James Diamond, in violation of New York Penal Law Sections 125.25(3) and 20.00.

RACKETEERING ACT SIXTEEN
(Conspiracy to Commit Robbery, Robbery and Kidnapping of Delianna Urena-Tineo)

26.      The defendant JERELL SHAW, together with others, committed the following acts, either one of which alone constitutes Racketeering Act Sixteen:

A.      Conspiracy to Commit Robbery

27.      On or about and between November 28, 2021 and December 1, 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JERELL SHAW, together with others, did knowingly and intentionally conspire to forcibly steal property from Delianna Urena-Tineo, in violation of New York Penal Law Sections 160.10(1) and 105.10(1).

B.      Robbery

28.      On or about December 1, 2021, within the Eastern District of New York and elsewhere, the defendant JERELL SHAW, together with others, did knowingly and

9

intentionally forcibly steal property from Delianna Urena-Tineo, in violation of New York Penal Law Sections 160.05 and 20.00.

  C.  <u>Kidnapping</u>

  29.  On or about December 1, 2021, within the Eastern District of New York and elsewhere, the defendant JERELL SHAW, together with others, did knowingly and intentionally abduct another person, to wit: Delianna Urena-Tineo, in violation of New York Penal Law Sections 135.20 and 20.00.

RACKETEERING ACT SEVENTEEN
(Attempted Murder of Christopher Clausell ("Taz"))

  30.  On or about December 11, 2021, within the Eastern District of New York, the defendants AKEEM CHAMBERS and JONATHAN VAZQUEZ, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Christopher Clausell, also known as "Taz," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT EIGHTEEN
(Attempted Murder of Tyree White ("Ty Perkins"))

  31.  On or about February 6, 2022, within the Eastern District of New York, the defendants AKEEM CHAMBERS and JONATHAN VAZQUEZ, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Tyree White, also known as "Ty Perkins," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

10

### RACKETEERING ACT NINETEEN
(Attempted Murder of Jayden Hall)

32.    On or about February 8, 2022, within the Eastern District of New York,

the defendants AKEEM CHAMBERS and JONATHAN VAZQUEZ, together with others, did

knowingly and intentionally attempt to cause the death of another person, to wit: Jayden Hall, in

violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

### RACKETEERING ACT TWENTY
(Robbery, Hobbs Act Robbery Conspiracy and Attempted Hobbs Act Robbery)

33.    The defendant JONATHAN VAZQUEZ, together with others, committed

the following acts, any one of which alone constitutes Racketeering Act Twenty:

A.    Robbery

34.    On or about February 16, 2022, within the Eastern District of New York,

the defendant JONATHAN VAZQUEZ, together with others, did knowingly and intentionally

forcibly steal property from Gabrielle Ulloa, in violation of New York Penal Law Sections

160.05 and 20.00.

B.    Conspiracy to Commit Hobbs Act Robbery

35.    On or about February 16, 2022, within the Eastern District of New York

and elsewhere, the defendant JONATHAN VAZQUEZ, together with others, did knowingly and

intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and

commodities in commerce, by robbery, to wit: the robbery of property from Gabrielle Ulloa, an

employee of a car dealership in Bay Shore, New York, through the use of actual and threatened

force, physical violence and fear of injury to such person, in violation of Title 18, United States

Code, Section 1951(a).

11

C.      Attempted Hobbs Act Robbery

36.      On or about February 16, 2022, within the Eastern District of New York, the defendant JONATHAN VAZQUEZ, together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of property from Gabrielle Ulloa, an employee of a car dealership in Bay Shore, New York, through the use of actual and threatened force, physical violence and fear of injury to such person, in violation of Title 18, United States Code, Sections 1951(a) and 2.

RACKETEERING ACT TWENTY-ONE
(Attempted Murder of Jamal Woodside ("JB"))

37.      On or about February 20, 2022, within the Eastern District of New York, the defendants AKEEM CHAMBERS and JONATHAN VAZQUEZ, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Jamal Woodside, also known as "JB," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT TWENTY-TWO
(Attempted Murder of Robert Psomas and Michael Sierzant)

38.      On or about March 1, 2022, within the Eastern District of New York, the defendant JONATHAN VAZQUEZ, together with others, did knowingly and intentionally attempt to cause the death of another person, to wit: Police Officer Robert Psomas and Police Officer Michael Sierzant, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

RACKETEERING ACT TWENTY-THREE
(Conspiracy to Murder and Murder of Malik Delima ("Snap"))

39.     The defendants AKEEM CHAMBERS and JERELL SHAW, together with others, committed the following acts, either one of which alone constitutes Racketeering Act Twenty-Three:

A.  Conspiracy to Commit Murder

40.     On or about and between January 11, 2022 and March 10, 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS and JERELL SHAW, together with others, did knowingly and intentionally conspire to cause the death of another person, to wit: Malik Delima, also known as "Snap," in violation of New York Penal Law Sections 125.25(1) and 105.15.

B.  Murder

41.     On or about March 10, 2022, within the Eastern District of New York, the defendants AKEEM CHAMBERS and JERELL SHAW, together with others, with intent to cause the death of another person, to wit: Malik Delima, also known as "Snap," did knowingly and intentionally cause his death, in violation of New York Penal Law Sections 125.25(1) and 20.00.

RACKETEERING ACT TWENTY-FOUR
(Conspiracy to Murder Rival Gang Members)

42.     In or about and between January 2015 and the date of this Superseding Indictment, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS and JONATHAN VAZQUEZ, together with others, did knowingly and intentionally conspire to cause the death of members and

13

associates of the rival Bloods street gang, in violation of New York Penal Law Sections 125.25(1) and 105.15.

(Title 18, United States Code, Sections 1962(c), 1963 and 3551 et seq.)

COUNT TWO
(Racketeering Conspiracy)

43.     The allegations contained in paragraphs one through six are realleged and incorporated as if fully set forth in this paragraph.

44.     In or about and between January 2015 and the date of this Superseding Indictment, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," JERELL SHAW, also known as "Rells Fargo" and "Rells," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, each being a person employed by and associated with the Crips, an enterprise that engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly and intentionally conspire to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the Enterprise through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5).

45.     The pattern of racketeering activity through which the defendants AKEEM CHAMBERS, JERELL SHAW and JONATHAN VAZQUEZ, together with others, agreed to conduct and participate directly and indirectly in the affairs of the Enterprise consisted of the racketeering acts set forth in paragraphs nine through 42 of Count One of this Superseding Indictment, as Racketeering Acts One through Twenty-Four, which are realleged and incorporated as if fully set forth in this paragraph.  It was part of the conspiracy that each

14

defendant agreed that a conspirator would commit at least two acts of racketeering in the conduct of the affairs of the Enterprise.

(Title 18, United States Code, Sections 1962(d), 1963 and 3551 et seq.)

COUNT THREE
(Murder of Joecephus Vanable ("Scooter"))

46.     At all times relevant to this Superseding Indictment, the Crips, as more fully described in paragraphs one through six of this Superseding Indictment, which are realleged and incorporated as if fully set forth in this paragraph, including its leadership, membership and associates, constituted an "enterprise" as defined in Section 1959(b)(2) of Title 18, United States Code, that is, a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate and foreign commerce.  The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise.

47.     At all times relevant to this Superseding Indictment, the Crips, through its members and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, acts and threats involving murder, kidnapping and robbery, in violation of the laws of the State of New York; acts indictable under Title 18, United States Code, Section 1951(a) (relating to interference with commerce, robbery, or extortion); offenses involving trafficking of controlled substances, in violation of Title 21, United States Code, Sections 841 and 846; and acts indictable under Title 18, United States Code Sections 1343 and 1344 (relating to wire fraud and bank fraud).

48.     On or about November 19, 2016, within the Eastern District of New York and elsewhere, the defendant JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch,"

15

together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally murder Joecephus Vanable, also known as "Scooter," in violation of New York Penal Law Sections 125.25(1) and 20.00.

(Title 18, United States Code, Sections 1959(a)(1), 2 and 3551 et seq.)

## COUNT FOUR
(Firearm-Related Murder of Joecephus Vanable ("Scooter"))

49.    On or about November 19, 2016, within the Eastern District of New York and elsewhere, the defendant JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, in the course of a violation of Title 18, United States Code, Section 924(c), to wit: the knowing and intentional use of one or more firearms during and in relation to a crime of violence, to wit: the crime charged in Count Three, did knowingly and intentionally cause the death of a person through the use of a firearm, which killing was murder as defined in Title 18, United States Code, Section 1111(a), in that VAZQUEZ, together with others, with malice aforethought, did unlawfully kill Joecephus Vanable, also known as "Scooter."

(Title 18, United States Code, Sections 924(j)(1), 2 and 3551 et seq.)

## COUNT FIVE
(Attempted Murder of Rival Gang Member #1)

50.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

51.    On or about July 12, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in

16

racketeering activity, did knowingly and intentionally attempt to murder Rival Gang Member #1, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

## COUNT SIX
(Discharging Firearms During a Crime of Violence:
Attempted Murder of Rival Gang Member #1)

52.     On or about July 12, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crime charged in Count Five, and did knowingly and intentionally possess said firearms in furtherance of such crime of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

## COUNT SEVEN
(Murder of Thiasia Williams)

53.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

54.     On or about August 1, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, with intent to cause the death of another person, to wit: rival gang

members, did knowingly and intentionally cause the death of Thiasia Williams, in violation of New York Penal Law Sections 125.25(1) and 20.00.

(Title 18, United States Code, Sections 1959(a)(1), 2 and 3551 et seq.)

## COUNT EIGHT
(Assault of Siena Sanches with Dangerous Weapons)

55.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

56.     On or about August 1, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally assault with dangerous weapons, to wit: firearms, Siena Sanches, in violation of New York Penal Law Sections 120.05(2) and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 et seq.)

## COUNT NINE
(Discharging Firearms During Crimes of Violence:
Murder of Thiasia Williams and Assault with Dangerous Weapons of Siena Sanches)

57.     On or about August 1, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Seven and Eight, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

18

## COUNT TEN
(Firearm-Related Murder of Thiasia Williams)

58.     On or about August 1, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, in the course of a violation of Title 18, United States Code, Section 924(c), to wit: the knowing and intentional use of one or more firearms during and in relation to a crime of violence, to wit: the crime charged in Count Seven, did knowingly and intentionally cause the death of a person through the use of a firearm, which killing was murder as defined in Title 18, United States Code, Section 1111(a), in that the defendants, together with others, with malice aforethought, did unlawfully kill Thiasia Williams.

(Title 18, United States Code, Sections 924(j)(1), 2 and 3551 et seq.)

## COUNT ELEVEN
(Attempted Murder of Zyare Griffiths ("Bhris"))

59.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

60.      On or about October 8, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Zyare Griffiths, also known as "Bhris," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

19

<u>COUNT TWELVE</u>
(Assault of Zyare Griffiths ("Bhris") with Dangerous Weapons)

61.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

62.    On or about October 8, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally assault with dangerous weapons, to wit: firearms, Zyare Griffiths, also known as "Bhris," in violation of New York Penal Law Sections 120.05(2) and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 <u>et</u> <u>seq</u>.)

<u>COUNT THIRTEEN</u>
(Discharging Firearms During Crimes of Violence:
Attempted Murder and Assault with Dangerous Weapons of Zyare Griffiths ("Bhris"))

63.    On or about October 8, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Eleven and Twelve, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 <u>et</u> <u>seq</u>.)

20

COUNT FOURTEEN
(Attempted Murder of Rival Gang Member #2)

64.     The allegations contained in paragraphs one through six, 47 and 48 are realleged and incorporated as if fully set forth in this paragraph.

65.     On or about December 16, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Rival Gang Member #2, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

COUNT FIFTEEN
(Discharging a Firearm During a Crime of Violence:
Attempted Murder of Rival Gang Member #2)

66.     On or about December 16, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crime charged in Count Fourteen, and did knowingly and intentionally possess said firearms in furtherance of such crime of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT SIXTEEN
(Attempted Murder of Duane Costa ("Weez"))

67.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

21

68.     On or about December 19, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Duane Costa, also known as "Weez," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

### COUNT SEVENTEEN
(Assault of Duane Costa ("Weez") with Dangerous Weapons)

69.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

70.     On or about December 19, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally assault with dangerous weapons, to wit: firearms, Duane Costa, also known as "Weez," in violation of New York Penal Law Sections 120.05(2) and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 et seq.)

### COUNT EIGHTEEN
(Discharging Firearms During Crimes of Violence:
Attempted Murder and Assault with Dangerous Weapons of Duane Costa ("Weez"))

71.     On or about December 19, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Sixteen and Seventeen,

22

and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

## COUNT NINETEEN
(Attempted Murder of Isaiah Edwards ("Zay"))

72.  The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

73.  On or about December 27, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Isaiah Edwards, also known as "Zay," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

## COUNT TWENTY
(Discharging a Firearm During a Crime of Violence:
Attempted Murder of Isaiah Edwards ("Zay"))

74.  On or about December 27, 2020, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crime charged in Count Nineteen, and did

23

knowingly and intentionally possess said firearms in furtherance of such crime of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT TWENTY-ONE
(Attempted Murder of Christopher Jackson)

75. The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

76. On or about January 3, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Christopher Jackson, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

COUNT TWENTY-TWO
(Assault of Christopher Jackson with Dangerous Weapons)

77. The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

78. On or about January 3, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally assault with dangerous weapons, to wit:

24

firearms, Christopher Jackson, in violation of New York Penal Law Sections 120.05(2) and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 et seq.)

## COUNT TWENTY-THREE
(Discharging Firearms During Crimes of Violence:
Attempted Murder and Assault with Dangerous Weapons of Christopher Jackson)

79.     On or about January 3, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Twenty-One and Twenty-Two, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

## COUNT TWENTY-FOUR
(Attempted Murder of Mikhi Watts ("Rocko"))

80.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

81.     On or about April 13, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Mikhi Watts, also known as "Rocko," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

25

COUNT TWENTY-FIVE
(Discharging a Firearm During a Crime of Violence:
Attempted Murder of Mikhi Watts ("Rocko"))

82.     On or about April 13, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crime charged in Count Twenty-Four, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT TWENTY-SIX
(Attempted Murder of Steven Rush, Dennis Foster and "Angelo")

83.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

84.     On or about May 19, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Steven Rush, Dennis Foster and "Angelo," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

COUNT TWENTY-SEVEN
(Assault of Steven Rush, Dennis Foster and "Angelo" with Dangerous Weapons)

85.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

26

86.     On or about May 19, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally assault with dangerous weapons, to wit: firearms, Steven Rush, Dennis Foster and "Angelo," in violation of New York Penal Law Sections 120.05(2) and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 et seq.)

COUNT TWENTY-EIGHT
(Discharging Firearms During Crimes of Violence:
Attempted Murder and Assault with Dangerous Weapons of
Steven Rush, Dennis Foster and "Angelo")

87.    On or about May 19, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Twenty-Six and Twenty-Seven, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT TWENTY-NINE
(Attempted Murder of Terell Cherry ("Relly"))

88.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

89.     On or about May 19, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for

27

the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Terell Cherry, also known as "Relly," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

COUNT THIRTY
(Discharging a Firearm During a Crime of Violence:
Attempted Murder of Terell Cherry ("Relly"))

90.    On or about May 19, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crime charged in Count Twenty-Nine, and did knowingly and intentionally possess said firearm in furtherance of such crime of violence, which firearm was brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT THIRTY-ONE
(Attempted Murder of Rival Gang Member #3)

91.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

92.    On or about June 6, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in

28

racketeering activity, did knowingly and intentionally attempt to murder Rival Gang Member #3, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

### COUNT THIRTY-TWO
(Discharging Firearms During a Crime of Violence:
Attempted Murder of Rival Gang Member #3)

93.    On or about June 6, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crime charged in Count Thirty-One, and did knowingly and intentionally possess said firearms in furtherance of such crime of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

### COUNT THIRTY-THREE
(Attempted Murder of Darius Pickett)

94.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

95.    On or about July 29, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Darius Pickett, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

29

## COUNT THIRTY-FOUR
(Assault of Darius Pickett with Dangerous Weapons)

96.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

97.     On or about July 29, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally assault with dangerous weapons, to wit: firearms, Darius Pickett, in violation of New York Penal Law Sections 120.05(2) and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 et seq.)

## COUNT THIRTY-FIVE
(Discharging Firearms During Crimes of Violence:
Attempted Murder and Assault with Dangerous Weapons of Darius Pickett)

98.     On or about July 29, 2021, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Thirty-Three and Thirty-Four, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

## COUNT THIRTY-SIX
(Conspiracy to Commit Kidnapping)

99.     On or about and between November 28, 2021 and December 1, 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere,

30

the defendant JERELL SHAW, also known as "Rells Fargo" and "Rells," together with others, did knowingly and intentionally conspire to seize, confine, inveigle, decoy, kidnap, abduct and carry away and hold for ransom and reward and otherwise a person, to wit: Delianna Urena-Tineo, and did travel in interstate or foreign commerce and use one or more means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense.

100.    In furtherance of the conspiracy, and to effect the objects thereof, within the Eastern District of New York and elsewhere, the defendant JERELL SHAW, together with others, committed and caused to be committed, among others, the following:

OVERT ACTS

(a)    On or about and between November 28, 2021 and December 1, 2021, the defendant JERELL SHAW, recruited co-conspirators to follow, abduct and rob Delianna Urena-Tineo.

(b)    On or about November 28, 2021, the defendant JERELL SHAW assisted co-conspirators in their efforts to install a tracking device on Delianna Urena-Tineo's vehicle.

(c)    On or about December 1, 2021, Co-Conspirator #1, together with others, traveled from Brooklyn, New York to Bloomfield, New Jersey.

(d)    On or about December 1, 2021, Co-Conspirator #1, together with others, forced Delianna Urena-Tineo into her vehicle, physically restrained her and abducted her.

(e)    On or about December 1, 2021, Co-Conspirator #1, together with others, held Delianna Urena-Tineo at gunpoint and demanded information to assist another co-

31

conspirator to enter Delianna Urena-Tineo's apartment, and that co-conspirator entered and removed property from therein, including luxury watches and luxury handbags.

(Title 18, United States Code, Sections 1201(c) and 3551 et seq.)

## COUNT THIRTY-SEVEN
(Kidnapping of Delianna Urena-Tineo)

101.    On or about December 1, 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JERELL SHAW, also known as "Rells Fargo" and "Rells," together with others, did knowingly and intentionally seize, confine, inveigle, decoy, kidnap, abduct and carry away and hold for ransom and reward and otherwise a person, to wit: Delianna Urena-Tineo, and did travel in interstate or foreign commerce and use one or more means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense.

(Title 18, United States Code, Sections 1201(a)(1), 2 and 3551 et seq.)

## COUNT THIRTY-EIGHT
(Receipt and Sale of Stolen Property Transported in Interstate Commerce)

102.    On or about and between December 1, 2021 and January 11, 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JERELL SHAW, also known as "Rells Fargo" and "Rells," together with others, did knowingly and intentionally receive, possess, conceal, store, barter, sell and dispose goods and merchandise, of the value of $5,000 or more, to wit: watches and handbags, which have crossed a State or United States boundary after being stolen, unlawfully converted or taken, knowing the same to have been stolen, unlawfully converted or taken.

(Title 18, United States Code, Sections 2315, 2 and 3551 et seq.)

32

COUNT THIRTY-NINE
(Attempted Murder of Christopher Clausell ("Taz"))

103.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

104.    On or about December 11, 2021, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Christopher Clausell, also known as "Taz," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

COUNT FORTY
(Assault of Christopher Clausell ("Taz") with Dangerous Weapons)

105.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

106.    On or about December 11, 2021, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally assault with dangerous weapons, to wit: firearms, Christopher Clausell, also known as "Taz," in violation of New York Penal Law Sections 120.05(2) and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 et seq.)

33

COUNT FORTY-ONE
(Discharging Firearms During Crimes of Violence:
Attempted Murder and Assault with Dangerous Weapons of Christopher Clausell ("Taz"))

107.    On or about December 11, 2021, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Thirty-Nine and Forty, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT FORTY-TWO
(Attempted Murder of Tyree White ("Ty Perkins"))

108.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

109.    On or about February 6, 2022, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Tyree White, also known as "Ty Perkins," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

34

COUNT FORTY-THREE
(Assault of Tyree White ("Ty Perkins") with Dangerous Weapons)

110.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

111.    On or about February 6, 2022, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally assault with dangerous weapons, to wit: firearms, Tyree White, also known as "Ty Perkins," in violation of New York Penal Law Sections 120.05(2) and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 et seq.)

COUNT FORTY-FOUR
(Discharging Firearms During Crimes of Violence:
Attempted Murder and Assault with Dangerous Weapons of Tyree White ("Ty Perkins"))

112.    On or about February 6, 2022, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Forty-Two and Forty-Three, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

35

## COUNT FORTY-FIVE
### (Attempted Murder of Jayden Hall)

113.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

114.    On or about February 8, 2022, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Jayden Hall, in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

## COUNT FORTY-SIX
### (Assault of Jayden Hall with Dangerous Weapons)

115.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

116.    On or about February 8, 2022, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally assault with dangerous weapons, to wit: firearms, Jayden Hall, in violation of New York Penal Law Sections 120.05(2) and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 et seq.)

<u>COUNT FORTY-SEVEN</u>
(Discharging Firearms During Crimes of Violence:
Attempted Murder and Assault with Dangerous Weapons of Jayden Hall)

117.     On or about February 8, 2022, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Forty-Five and Forty-Six, and did knowingly and intentionally possess said firearms in furtherance of such crimes of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 <u>et</u> <u>seq</u>.)

<u>COUNT FORTY-EIGHT</u>
(Hobbs Act Robbery Conspiracy)

118.     On or about February 16, 2022, within the Eastern District of New York and elsewhere, the defendant JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of property from Gabrielle Ulloa, an employee of a car dealership in Bay Shore, New York, through the use of actual and threatened force, physical violence and fear of injury to such person.

(Title 18, United States Code, Sections 1951(a) and 3551 <u>et</u> <u>seq</u>.)

37

## COUNT FORTY-NINE
(Attempted Hobbs Act Robbery)

119.    On or about February 16, 2022, within the Eastern District of New York and elsewhere, the defendant JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of property from Gabrielle Ulloa, an employee of a car dealership in Bay Shore, New York, through the use of actual and threatened force, physical violence and fear of injury to such person.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## COUNT FIFTY
(Attempted Murder of Jamal Woodside ("JB"))

120.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

121.    On or about February 20, 2022, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Jamal Woodside, also known as "JB," in violation of New York Penal Law Sections 125.25(1), 110.00 and 20.00.

(Title 18, United States Code, Sections 1959(a)(5), 2 and 3551 et seq.)

38

COUNT FIFTY-ONE
(Discharging Firearms During Crimes of Violence:
Attempted Murder of Jamal Woodside ("JB"))

122.     On or about February 20, 2022, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crime charged in Count Fifty, and did knowingly and intentionally possess said firearms in furtherance of such crime of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT FIFTY-TWO
(Attempted Murder of Robert Psomas and Michael Sierzant)

123.     The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

124.     On or about March 1, 2022, within the Eastern District of New York and elsewhere, the defendant JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder Police Officer Robert Psomas and Police Officer Michael Sierzant, in violation of New York Penal Law Sections 125.25(1) and 110.00.

(Title 18, United States Code, Sections 1959(a)(5) and 3551 et seq.)

COUNT FIFTY-THREE
(Discharging a Firearm During a Crime of Violence:
Attempted Murder of Robert Psomas and Michael Sierzant)

125.    On or about March 1, 2022, within the Eastern District of New York and elsewhere, the defendant JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crime charged in Count Fifty-Two, and did knowingly and intentionally possess said firearm in furtherance of such crime of violence, which firearm was brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), and 3551 et seq.)

COUNT FIFTY-FOUR
(Conspiracy to Murder Malik Delima ("Snap"))

126.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

127.    On or about and between January 11, 2022 and March 10, 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, also known as "Luca," and JERELL SHAW, also known as "Rells Fargo" and "Rells," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally conspire to murder Malik Delima, also known as "Snap," in violation of New York Penal Law Sections 125.25(1) and 105.15.

(Title 18, United States Code, Sections 1959(a)(5) and 3551 et seq.)

COUNT FIFTY-FIVE
(Murder of Malik Delima ("Snap"))

128. The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

129. On or about March 10, 2022, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally murder Malik Delima, also known as "Snap," in violation of New York Penal Law Sections 125.25(1) and 20.00.

(Title 18, United States Code, Sections 1959(a)(1), 2 and 3551 et seq.)

COUNT FIFTY-SIX
(Discharging a Firearm During a Crime of Violence:
Murder of Malik Delima ("Snap"))

130. On or about March 10, 2022, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to a crime of violence, to wit: the crime charged in Count Fifty-Five, and did knowingly and intentionally possess said firearms in furtherance of such crime of violence, one or more of which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT FIFTY-SEVEN
(Firearm-Related Murder of Malik Delima ("Snap"))

131. On or about March 10, 2022, within the Eastern District of New York and elsewhere, the defendant AKEEM CHAMBERS, also known as "Luca," together with others, in

41

the course of a violation of Title 18, United States Code, Section 924(c), to wit: the knowing and intentional use of one or more firearms during and in relation to a crime of violence, to wit: the crime charged in Count Fifty-Five, did knowingly and intentionally cause the death of a person through the use of a firearm, which killing was murder as defined in Title 18, United States Code, Section 1111(a), in that the defendant, together with others, with malice aforethought, did unlawfully kill Malik Delima, also known as "Snap."

(Title 18, United States Code, Sections 924(j)(1), 2 and 3551 et seq.)

## COUNT FIFTY-EIGHT
(Conspiracy to Commit Bank Fraud)

132.    In or about and between July 2022 and September 2022, within the Eastern District of New York and elsewhere, the defendant JERELL SHAW, also known as "Rells Fargo" and "Rells," together with others, did knowingly and intentionally conspire to execute a scheme and artifice to defraud American Financial Network, a financial institution whose identity is known to the Grand Jury, and to obtain moneys, funds, credits and other property owned by, and under the control of such financial institution, by means of materially false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

## COUNT FIFTY-NINE
(Money Laundering)

133.    In or about and between July 2022 and September 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JERELL SHAW, also known as "Rells Fargo" and "Rells," together with others, did knowingly and intentionally conduct financial transactions affecting interstate commerce, which involved

42

the proceeds of specified unlawful activity, to wit: wire fraud, in violation of Title 18, United States Code, Section 1343 and bank fraud in violation of Title 18, United States Code, Section 1344, knowing that the property involved in such financial transactions represented the proceeds of some form of unlawful activity, and knowing that such transactions were designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the specified unlawful activity.

(Title 18, United States Code, Sections 1956(a)(1)(B)(i), 2 and 3551 et seq.)

## COUNT SIXTY
(Conspiracy to Murder and Assault Rival Gang Members with Dangerous Weapons)

134.    The allegations contained in paragraphs one through six, 46 and 47 are realleged and incorporated as if fully set forth in this paragraph.

135.    In or about and between January 2015 and April 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants AKEEM CHAMBERS, and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, for the purpose of maintaining and increasing position in the Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally conspire to murder and assault members and associates of rival gangs, including the Bloods, with one or more dangerous weapons, to wit: firearms and knives, in violation of New York Penal Law Sections 125.25(1), 105.15, 120.05(2) and 105.05.

(Title 18, United States Code, Sections 1959(a)(5), 1959(a)(6) and 3551 et seq.)

## COUNT SIXTY-ONE
(Conspiracy to Commit Wire Fraud)

136.    In our about and between January 2020 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the

43

defendants AKEEM CHAMBERS, also known as "Luca," JERELL SHAW, also known as "Rells Fargo" and "Rells," and JONATHAN VAZQUEZ, also known as "Chulo" and "Clutch," together with others, did knowingly and intentionally conspire to devise a scheme and artifice to defraud several financial institutions administering federal and state emergency relief programs meant for distressed small businesses and unemployed individuals, and to obtain money and property from the financial institutions by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, contrary to Title 18, United States Code, Section 1343.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)