

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*
*610 Federal Plaza*
*Central Islip, New York 11722*

MRM/APW/KCM
F. #2020R00784

February 25, 2026

<u>By ECF</u>

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11201

   Re: United States v. Akeem Chambers, et al.
     <u>Criminal Docket No. 23-157 (S-3) (JMA)</u>

Dear Judge Azrack:

  The government submits the following to supplement its letters seeking to introduce portions of rap videos.

  Yesterday the court issued a written decision in which it stated that it would admit grave desecration evidence and instruct the jury that grave desecration evidence should only be considered against defendant Vazquez. One such exhibit was marked 449.5. (This video is attached). This was already admitted into evidence and shows Vazquez smashing a bottle on Joecephus Vanable's grave. In that video a person in an orange sweatshirt can be seen standing on Vanable's grave. That person appears to be celebrating. That person is defendant Chambers.

  The government reviewed its evidence, including exhibit 623, which is the rap song "Hit a Rapper." In "Hit a Rapper," Vazquez can be seen smashing a bottle on Vanable's grave and Chambers can be seen standing on Vanable's grave celebrating. Indeed, most of the video is Chambers rapping at Vanable's grave while various members of the ICG - including Chambers, Vazquez, Jalen Rodges and Taje Clarke - desecrate the grave. The government has attached still photographs from "Hit a Rapper" clearly depicting Chambers desecrating the grave with Vazquez.

  As such, this evidence should be admitted and considered against both Vazquez and Chambers. In the government's view, at the very least, video images (without audio) from

"Hit a Rapper," showing Vazquez, Chambers and others desecrating Vanable's grave, should be admissible.

                                          Respectfully submitted,

                                          JOSEPH NOCELLA, JR.
                                          United States Attorney

By:    /s/
                                          Michael R. Maffei
                                          Andrew P. Wenzel
                                          Kaitlin C. McTague
                                          Assistant U.S. Attorneys
                                          (631) 715-7890

cc:    Clerk of the Court (JMA) (by ECF)
       Xavier Donaldson, Esq. (by ECF and email)
       Steve Zissou, Esq. (by ECF and email)
       Glenn Obedin, Esq. (by ECF and email)